## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02129-GPG

ALBERT MAMYROV (alien registration number A 241 380 031),

    Petitioner,

v.

JUAN BALTAZAR, in his official capacity as Warden of the ICE Denver Contract Detention Facility,
GEORGE VALDEZ, in his official capacity as Director of the Denver Field Office of United States Immigration and Customs Enforcement, Enforcement and Removal Operations,
MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, and
TODD BLANCHE, in his official capacity as Acting Attorney General of the United States,

    Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Federal Rules of Civil Procedure 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [D. 13] entered by United States District Judge Gordon P. Gallagher on July 1, 2026, it is

ORDERED that the Petition [D. 2] is DENIED. It is further

ORDERED that this case is closed.

DATED at Grand Junction, Colorado, this 1st day of July 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk
By:    s/D. Clement
      Deputy Clerk